UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  4:08CR00697 |
| | ) |
| RYAN HARSHMAN, | ) |
| | ) |
| Defendant. | ) |

**STATEMENT OF THE DEFENDANT REGARDING PRESENTENCE REPORT**

COMES NOW the Defendant, by and through his attorney, John P. Rogers, and for the Defendant's response to the Presentence Report, states as follows:

The Defendant has no objections to the Presentence Report as submitted to the parties.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By: /S/ John P. Rogers
JOHN P. ROGERS #38743
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  4:08CR00697 |
| | ) |
| RYAN HARSHMAN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Dean Hoag, Assistant United States Attorney.

**Statement of the Defendant Regarding Presentence Report**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:   /S/ John P. Rogers
JOHN P. ROGERS #38743
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050