```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. S1-4:08CR00697 ERW
                               )
RYAN HARSHMAN,                 )
                               )
          Defendant.           )
```

**STATEMENT OF THE GOVERNMENT**
**REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Dean R. Hoag, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Pursuant to Federal Rule of Criminal Procedure 32(h), and in order that the United States may be prepared to address all relevant issues at the time of sentencing, the United States respectfully requests that if the Court is contemplating granting a departure or variance from the applicable sentencing guidelines range on a ground not identified either in the Presentence Report or a party's pre-hearing submission, that the Court give the parties reasonable notice that it is considering such departure or variance. The United States further requests that such notice

specify any ground on which the Court is contemplating a departure or variance.

    Respectfully submitted,

    MICHAEL W. REAP
    Acting United States Attorney


    _s/ Dean R. Hoag_
    DEAN R. HOAG, #6426
    Assistant United States Attorney
    111 South 10th Street, Room 20.333
    St. Louis, MO 63102
    (314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    John Rogers
    Attorney at Law
    (Attorney for Defendant).

    Leslie Barry
    United States Probation Officer.

    s/ Dean R. Hoag
    DEAN R. HOAG, #6426
    Assistant United States Attorney